**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

No. 95-10493
(Summary Calendar)

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICK BERWICK,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
(3:94-CR-204-D)

February 26, 2996

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Patrick Berwick entered a conditional guilty plea to one count of possession with intent to deliver more than 500 grams of cocaine.  Pursuant to his plea agreement, Berwick now appeals the district court's denial of his motion to suppress.  Berwick also argues that the presentence report incorrectly calculated the base offense level.

We have reviewed the record, the district court's opinion, and the briefs; and we perceive no reversible error.  Accordingly we affirm the district court's denial of Berwick's motion to suppress.  Berwick's conviction and sentence are

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.